# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **HOLIDAY HOSPITALITY FRANCHISING, LLC** <br> *Plaintiff* <br><br> v. <br><br> **ASPEN GRAND HOTELS LLC; SIKANDAR A. MALIK; SARAH MALIK** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-05379-VMC <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Chukwunonye OKONKWO, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Aspen Grand Hotels, LLC in Harris County, TX on October 3, 2025 at 10:06 am at 2205 Barker Oaks Dr, Houston, TX 77077-5389 by leaving the following documents with Sara Malik who as Agent authorized to accept service is authorized by appointment or by law to receive service of process for Aspen Grand Hotels, LLC.

SUMMONS IN A CIVIL ACTION, OROOF OF SERVICE
COMPLAINT
CIVIL COVER SHEET

Additional Description:
I met with both Sara Malik and Sikandear Malik

Middle Eastern Male, est. age Unknown, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=29.7425330837,-95.6458721607
Photograph: See Exhibit 1


Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Fort Bend County   ,

   TX    on   10/3/2025  .

/s/ *Chukwunonye OKONKWO*

Signature
Chukwunonye OKONKWO
+1 (909) 520-4092



Exhibit 1a)



Exhibit 1b)


Exhibit 1c)